# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON A. BROWN, IV,<br><br>          Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | Case No. CV 19-8507 MRW<br><br>**JUDGMENT** |

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: June 29, 2021

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE